# EXHIBIT C

October 15, 2021 | 1:27 pm

**COVID-19 Vaccines**

Booster doses are now available for eligible New Yorkers, including New Yorkers age 65 and older who got the Pfizer vaccine.
DETAILS >

# Department of State
## Division of Corporations

## Entity Information

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** US LIMO SYSTEM, INC.
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**SECTION OF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**DATE OF INITIAL DOS FILING:** 04/04/2006
**EFFECTIVE DATE INITIAL FILING:** 04/04/2006
**FOREIGN FORMATION DATE:**
**COUNTY:** Queens
**JURISDICTION:** New York, United States

**DOS ID:** 3343890
**FICTITIOUS NAME:** US LIMO SYSTEM, INC.
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** Active
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 04/30/2022
**NFP CATEGORY:**

< ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY >

### Service of Process Name and Address

**Name:** US LIMO SYSTEM, INC.
**Address:** 405 RXR PLAZA, SUITE 405, UNIONDALE, NY, United States, 11556

### Chief Executive Officer's Name and Address

**Name:** IMRAN M HAIDER
**Address:** 2 GUILD LN, LEVITTOWN, NY, United States, 11756

### Principal Executive Office Name and Address

**Name:**
**Address:**

### Registered Agent Name and Address

**Name:**
**Address:**

### Entity Primary Location Name and Address

**Name:**
**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** No

### Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | |